IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60709
Conference Calendar

_____

JOHANNES FAUL,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A26 903 826
- - - - - - - - - -
August 22, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Johannes Faul appeals the Bureau of Immigration Appeal's
(BIA) denial of his motion to reconsider the denial of his
application for adjustment of status.  Faul contends that his
conviction of conspiracy to defraud the United States was not a
conviction of a crime of moral turpitude.

     We have reviewed the briefs of the parties and the
administrative record and we find no abuse of discretion.  *See*

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

*Ghassan v. INS*, 972 F.2d 631, 638 (5th Cir. 1992), *cert. denied*, 507 U.S. 971 (1993).  Accordingly, Faul's petition for review is denied for essentially the reasons stated by the BIA.  *See In re Faul*, No. A26 903 826 (BIA Oct. 4, 1995).

PETITION DENIED.